IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

John Barrow,

          Plaintiff,

                                  Case No. 1:24-cv-1975-MLB

v.

Stacey Hydrick, et al.,

          Defendants.

_____/

## ORDER

Plaintiff John Barrow moves for a temporary restraining order. (Dkt. 3.) The Court scheduled a hearing on the motion for May 13, 2024. The Court **ORDERS** Plaintiff to serve his complaint on Defendants immediately. The Court will not consider Plaintiff's motion *ex parte*. Defendants shall respond to Plaintiff's motion by May 13, 2024, at 10:00 a.m., if possible. At the hearing, the parties should be prepared to discuss whether: (1) Plaintiff has standing to bring this case; and (2) the letter attached to Plaintiff's complaint (Dkt. 1-1) constitutes a finding by the Judicial Qualifications Commission ("JQC") (or the Special Committee)

that Plaintiff has violated the Georgia Code of Judicial Conduct or simply notifies Plaintiff of an investigation into a complaint filed with the JQC.

**SO ORDERED** this 9th day of May, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE