# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-01975-MLB
## Barrow v. Hydrick et al
## Honorable Michael L. Brown

Minute Sheet for proceedings held In Open Court on 05/13/2024.

TIME COURT COMMENCED: 3:55 P.M.
TIME COURT CONCLUDED: 5:20 P.M.    COURT REPORTER: Jana Colter
TIME IN COURT: 1:25    DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Meredith Allen representing James Balli |
| | Meredith Allen representing Stacey Hydrick |
| | Meredith Allen representing Warren Selby |
| | Samuel Tate representing John Barrow |
| OTHER(S) PRESENT: | Jonathan Ellis (pro hac vice pending) representing Defendants |
| | Grace Simmons (pro hac vice pending) representing Defendants |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing held on Plaintiff's [3] Motion for Temporary Restraining Order and Preliminary Injunction. The following exhibit was admitted: Plaintiff's exhibit 1. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |