IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN BARROW,<br><br>           Plaintiff,<br><br>   v.<br><br>STACEY HYDRICK, JAMES BALLI, AND WARREN SELBY, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE SPECIAL COMMITTEE ON JUDICIAL ELECTION CAMPAIGN INTERVENTION OF THE JUDICIAL QUALIFICATIONS COMMISSION.<br><br>           Defendants. | Case No. 1:24-cv-01975-MLB |

## **SUPPLEMENTAL DECLARATION OF COURTNEY VEAL**

I, Courtney Veal, declare as follows:

1. This declaration supplements my previous declaration filed in support of Defendants' Brief in Opposition to the Motion for a Temporary Restraining Order and Preliminary Injunction. This declaration addresses a relevant development since the execution of my previous declaration that provides further support for that brief.

2. On May 13, 2024, I attended the Court's hearing on the Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction at the Richard B. Russell Federal Building & United States Courthouse.

3. Immediately following the hearing, I witnessed Plaintiff John Barrow speaking to multiple reporters outside the courthouse. From my distance, I was not able to hear Barrow's remarks.

4. On May 14, 2024, however, I visited Barrow's campaign's Facebook page and viewed a video posted of his interaction with the reporters. Both Barrow's Facebook page and the video are public. A true and accurate copy of the video is available at https://www.facebook.com/share/v/v9cnaYz5fYFMoW7Q/?mibextid=WC7FNe. A permanent link is available at https://bit.ly/3ykLlta.

5. Beginning at timestamp 6:11 of the video, I heard Barrow responding to the question, "So if the judge does not make an injunction, he just says, 'okay listen, we're just gonna let the JQC play out,' you gonna keep talking about this?" by stating: "I plan to keep on talking about it but it's not my speech that's being chilled."

6. Earlier, beginning at timestamp 2:17 of the video, I heard Barrow also stating: "I have not hesitated to say what I believe the law is in this matter because that's what people have a right to know. If you can't talk about what the election's all about, what's the point in having an election in the first place?

The distinction has been made is that I have not crossed the line in declaring my views, but I have crossed the line in telling folks how I'll rule in cases if those issues come up in front of us. There is no line there."

I declare under penalty of perjury that the foregoing statements are true.

Executed this 14 day of May, 2024

Respectfully submitted,

_____
Courtney Veal

3